UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY RAY SHANEE MALDONADO, | Case No.  2:26-cv-2337-JDP (P) |
| Plaintiff, | |
| v. | ORDER; FINDINGS AND RECOMMENDATIONS |
| MULE CREEK STATE PRISON, *et al.*, | |
| Defendants. | |

Plaintiff, a state prisoner, brought this action on July 2, 2026, and moved to proceed *in forma pauperis* on that same day.  ECF Nos. 1 & 2.  He is, however, a "three-striker" within the meaning of Title 28 U.S.C. § 1915(g).  Plaintiff has had at least three cases dismissed for failure to state a claim upon which relief can be granted.  In *Maldonado v. Stamer*, No. 2:23-cv-2274-KJM-KJN, plaintiff was deemed to be a "three-striker."[1]  *Id.* at ECF Nos. 5 & 6.

---

[1] Therein, the court found:

> Plaintiff's prior strikes include the following cases: (1) *Maldonado v. Yates*, et al., 1:11-cv-01735 LJO GSA (E.D. Cal. Jun. 13, 2013) (dismissed for failure to state a claim upon which relief may be granted); (2) *Maldonado v. Trimble*, et al., 1:11-cv-02160 LJO DLB (E.D. Cal. Apr. 19, 2013) (dismissed for failure to state a claim upon which relief may be granted); (3) *Maldonado v. Yates*, 1:11-cv-01885 AWI JLT (E.D. Cal. June 17, 2014) (dismissed for failure to state a claim upon which relief may be granted).

1

Accordingly, plaintiff is not entitled to proceed *in forma pauperis* unless his complaint alleges he is in imminent danger. It does not. Plaintiff's allegations, though difficult to read, appear to concern denial of a special diet. ECF No. 1 at 3-5. There is no allegation, as best I can tell, that the denial of this diet has placed him in imminent danger.

Accordingly, it is ORDERED that the Clerk of Court shall assign a district judge to this action.

Further, it is RECOMMENDED that plaintiff's application to proceed *in forma pauperis*, ECF No. 2, be DENIED and plaintiff be directed to tender the filing fee within twenty-one days of any order adopting these recommendations.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days of service of these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Any such document should be captioned "Objections to Magistrate Judge's Findings and Recommendations," and any response shall be served and filed within fourteen days of service of the objections. The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. *See Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

Dated:    July 10, 2026

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

---

*Maldonado v. Stamer*, No. 2:23-cv-2274-KJM-KJN (E.D. Cal. Nov. 16, 2023) at ECF No. 5. The court has reviewed these cases and agrees with the designation of plaintiff as a "three-striker."

2