UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BILLY RAY SHANEE MALDONADO,

Plaintiff,

v.

MULE CREEK STATE PRISON, *et al.*,

Defendants.

Case No. 2:26-cv-2337-WBS-JDP (P)

FINDINGS AND RECOMMENDATIONS

On July 22, 2026, the district judge adopted my findings and recommendations that plaintiff's application to proceed *in forma pauperis* be denied. ECF No. 8. That order directed plaintiff to tender the filing fee within twenty-one days. *Id.* Well over twenty-one days have passed and plaintiff has not complied. On August 26, 2026, I entered an order to show cause why this action should not be dismissed for failure to prosecute and failure to follow court orders. ECF No. 9. On September 10, 2026, plaintiff filed objections to that order, wherein he does not address the issue of the filing fee, but vaguely alleges that staff at Mule Creek State Prison are not obeying the law. ECF No. 10 at 1-2. It appears that plaintiff has no intention of complying with court orders and paying the filing fee.

Accordingly, it is RECOMMENDED that this action be DISMISSED for failure to prosecute and for failure to comply with court orders.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days of service of these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Any such document should be captioned "Objections to Magistrate Judge's Findings and Recommendations," and any response shall be served and filed within fourteen days of service of the objections. The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. *See Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

Dated: September 15, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE